November 18, 2005

Ms. Alene Ross Levy
Haynes & Boone, L.L.P.
1221 McKinney, Suite 2100
Houston, TX 77010-2007
Mr. Bruce B. Kemp
Kemp & Kesler, LLP
One Riverway, Suite 2030
Houston, TX 77056

RE: Case Number: 03-0547
 Court of Appeals Number: 09-02-00509-CV
 Trial Court Number: B-167,222

Style: BMG DIRECT MARKETING, INC.
 v.
 PATRICK PEAKE, INDIVIDUALLY AND AS REPRESENTATIVE OF OTHERS SIMILARLY
 SITUATED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |
| |Mr. Steven M. |
| |Hayes |
| |Mr. Gregory A. |
| |Clarick |